# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | | |
|---|---|---|
| ROLLS-ROYCE CORPORATION, | : | No. 88 EM 2016 |
| | : | |
| Petitioner | : | |
| | : | |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| | : | |
| CATHERINE KELLY, INDIVIDUALLY AND | : | |
| AS EXECUTRIX OF THE ESTATE OF | : | |
| BERNARD M. KELLY, DECEASED, | : | |
| CATHERINE KELLY, INDIVIDUALLY AND | : | |
| AS ADMINISTRATRIX OF THE ESTATE | : | |
| OF LEANNA MEE KELLY, DECEASED, | : | |
| LINDA JENNY, INDIVIDUALLY AND AS | : | |
| PERSONAL REPRESENTATIVE OF THE | : | |
| ESTATE OF DAVID ERNEST JENNY, | : | |
| JR., DECEASED, CAROLYN G. | : | |
| WOODLAND AND LAWRENCE J. | : | |
| WOODLAND, INDIVIDUALLY AND AS | : | |
| ADMINISTRATORS OF THE ESTATE OF | : | |
| CARL ROBERT WOODLAND, | : | |
| DECEASED, ROBINSON HELICOPTER | : | |
| COMPANY, INC., HONEYWELL | : | |
| INTERNATIONAL, INC., AND TRIUMPH | : | |
| ENGINE CONTROL SYSTEMS, LLC, | : | |
| | : | |
| Respondents | : | |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 16th day of September, 2016, the Petition for Review is **DENIED**.